UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **TRUSTEES OF THE SOUTHWEST OHIO REGIONAL COUNCIL OF CARPENTERS PENSION PLAN, et al.** <br><br> **Plaintiffs,** <br> v. <br><br> **ACE BUILDING SYSTEMS, INC.** <br><br> **Defendant.** | <br><br><br><br><br><br> Case No. 1:20-cv-715 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A), the Plaintiffs voluntarily dismiss this action without prejudice.

Respectfully submitted,

s/ Thomas R. Kendall
Thomas R. Kendall (0080996)
LEDBETTER PARISI LLC
5078 Wooster Road, Suite 400
Cincinnati, Ohio 45226
937-619-0900
937-619-0999 (fax)
tkendall@fringebenefitlaw.com
*Counsel for Plaintiffs*